B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nu-Trend Cabinet Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3308593** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2680 American Lane**<br>**Elk Grove Village, IL**<br>ZIP Code **60007** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nu-Trend Cabinet Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Nu-Trend Cabinet Company**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Forrest L. Ingram**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**

_____
Address

**Email: foringpc@aol.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**March 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Roger Kuhn**
Signature of Authorized Individual

**Roger Kuhn**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 12, 2009**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re  **Nu-Trend Cabinet Company**                                      Case No. _____

                                                      ,

                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx-x0067**<br><br>**Fifth Third Bank**<br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337** | - | | on all assets | | | | | |
| | | | Value $              **0.00** | | | | **721,762.96** | **721,762.96** |
| Account No. **xxxxxxxxxx-x0026**<br><br>**Fifth Third Bank**<br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337** | - | | on all assets | | | | | |
| | | | Value $              **0.00** | | | | **1,000,000.00** | **1,000,000.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,721,762.96** | **1,721,762.96** |
| Total<br>(Report on Summary of Schedules) | **1,721,762.96** | **1,721,762.96** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re  **Nu-Trend Cabinet Company**                          Case No. _____
                                                    ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**9**       continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Aaron J. Leary 4916 Hampshire Lane Mchenry, IL 60050 | - | | | | | | 716.13 | 0.00 | 716.13 |
| Account No. | | | | | | | | | |
| Christine Stewart 832 Ruskin Court Schaumburg, IL 60193 | - | | | | | | 1,975.92 | 0.00 | 1,975.92 |
| Account No. | | | | | | | | | |
| Cletus O. Reeder W1468 Eastwood PO # 1010 Pell Lake, WI 53157 | - | | | | | | 1,289.72 | 0.00 | 1,289.72 |
| Account No. | | | | | | | | | |
| Darin R. Norberg 1613 Knoll Avenue Mchenry, IL 60050 | - | | | | | | 621.69 | 0.00 | 621.69 |
| Account No. | | | | | | | | | |
| David A. Hornor 776 Bayberry Drive Bartlett, IL 60103 | - | | | | | | 1,048.00 | 0.00 | 1,048.00 |

Sheet _1_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 5,651.46 | | 5,651.46 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** _____,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| David Bueno Mendoza 2120 Goebert Road, Apt. 206 Arlington Heights, IL 60004 | | - | | | | | 622.52 | 0.00 | 622.52 |
| Account No. | | | | | | | | | |
| Deborah C. Carata 135 Autumn Court Buffalo Grove, IL 60089 | | - | | | | | 3,377.00 | 0.00 | 3,377.00 |
| Account No. | | | | | | | | | |
| Eugene E. Miehlke 56 N. Autumn Glen Drive Apt. 204 Harvard, IL 60033 | | - | | | | | 571.93 | 0.00 | 571.93 |
| Account No. | | | | | | | | | |
| Gerald R. Ditzenberger Jr. 1427 North Avenue Round Lake, IL 60073 | | - | | | | | 837.12 | 0.00 | 837.12 |
| Account No. | | | | | | | | | |
| Gregg R. Kochanski 108 Harding Avenue Fox River Grove, IL 60021 | | - | | | | | 547.47 | 0.00 | 547.47 |

Sheet __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,956.04 | 5,956.04 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Grzegorz M. Ogiba 2001 East Hopi Lane Mount Prospect, IL 60056 | - | | | | | | 1,658.00 | 0.00 | 1,658.00 |
| Account No. Jennifer A Toreja 202 Grace Street Elmhurst, IL 60126 | - | | | | | | 314.40 | 0.00 | 314.40 |
| Account No. Jerzy S. Sawicki 6805 W. Montrose Ave Harwood Heights, IL 60706 | - | | | | | | 524.00 | 0.00 | 524.00 |
| Account No. Jose D. Amaya 584 Fairway View Drive Apt. 21 Wheeling, IL 60090 | - | | | | | | 445.38 | 0.00 | 445.38 |
| Account No. Jose L. Cortes 315 East Seegers Apt. 101 Arlington Heights, IL 60005 | - | | | | | | 543.16 | 0.00 | 543.16 |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,484.94 | 3,484.94 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** _____ ,      Case No. _____
                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Joseph M. Grover <br> 202 Alpine Drive <br> Lake Zurich, IL 60047 | | - | | | | | 12,200.00 | 1,250.00 | 10,950.00 |
| Account No. <br><br> Joseph Mientus <br> 4900 N. Marine Drive, Apt. 407 <br> Chicago, IL 60640 | | - | | | | | 700.00 | 0.00 | 700.00 |
| Account No. <br><br> Juan C. Alba <br> 1273 N. Winslowe Drive <br> Unit 303 <br> Palatine, IL 60074 | | - | | | | | 729.71 | 0.00 | 729.71 |
| Account No. <br><br> Julio C. Alba <br> 1273 Winslowe Drive #303 <br> Palatine, IL 60074 | | - | | | | | 813.90 | 350.00 | 463.90 |
| Account No. <br><br> Kazimierz Poreba <br> 9811 W Lawrence <br> Schiller Park, IL 60176 | | - | | | | | 4,525.00 | 0.00 | 4,525.00 |

Sheet __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 1,600.00 | |
| 18,968.61 | | 17,368.61 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company**                                              ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Leoncio Maldonado** <br> **965 Beaver Pond Marengo** <br> **Marengo, IL 60152** | - | | | | | | **0.00** <br><br> 381.71 | 381.71 |
| Account No. <br><br> **Mark A Johnson** <br> **4031 Lakeside Drive** <br> **Hanover Park, IL 60133** | - | | | | | | **0.00** <br><br> 1,048.00 | 1,048.00 |
| Account No. <br><br> **Matthew A. Johnson** <br> **42540 N. Woodbine Avenue** <br> **Antioch, IL 60002** | - | | | | | | **0.00** <br><br> 693.15 | 693.15 |
| Account No. <br><br> **Michael A. Leary** <br> **4916 Hampshire Lane** <br> **Mchenry, IL 60050** | - | | | | | | **0.00** <br><br> 835.50 | 835.50 |
| Account No. <br><br> **Michael M. Soja** <br> **6305 W. Gunninson** <br> **Chicago, IL 60630** | - | | | | | | **0.00** <br><br> 443.51 | 443.51 |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **3,401.87** | **3,401.87** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Nu-Trend Cabinet Company**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Michael S. Leary 4916 Hampshire Lane Mchenry, IL 60050 | | - | | | | | 1,048.00 | 0.00 / 1,048.00 |
| Account No. | | | | | | | | |
| Richard J. Doose 25164 Academy Court Lake Villa, IL 60046 | | - | | | | | 5,475.00 | 0.00 / 5,475.00 |
| Account No. | | | | | | | | |
| Richard P. Barker 2703 N. Kinnicott Arlington Heights, IL 60004 | | - | | | | | 1,561.50 | 0.00 / 1,561.50 |
| Account No. | | | | | | | | |
| Ronald W. Schuler 705 Vertin Blvd. Shorewood, IL 60404 | | - | | | | | 1,028.50 | 0.00 / 1,028.50 |
| Account No. | | | | | | | | |
| Russell T. Niedrich 24444 Aztec Drive Lake Villa, IL 60046 | | - | | | | | 206.33 | 0.00 / 206.33 |

Sheet __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 9,319.33 | 9,319.33 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** ,                    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | 0.00 |
| Stanislaw Rzezinowski 435 Lear Ct Schaumburg, IL 60194 | - | | | | | | | 2,712.21 | 2,712.21 |
| Account No. | | | | | | | | | 1,426.13 |
| Steven A. Kirchen 222 Oakwood Lane Bloomingdale, IL 60108 | - | | | | | | | 12,376.13 | 10,950.00 |
| Account No. | | | | | | | | | 0.00 |
| Tim Schmidt 821 South 11th Ave Saint Charles, IL 60174 | - | | | | | | | 4,842.86 | 4,842.86 |
| Account No. | | | | | | | | | 0.00 |
| Wojciech Niemiec 1428 South Chestnut Drive Mount Prospect, IL 60056 | - | | | | | | | 3,603.00 | 3,603.00 |
| Account No. | | | | | | | | | |

Sheet **7** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 23,534.20 | 1,426.13 / 22,108.07 |
|---|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company**                                           Case No. _____
                                                  ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Environmental Design 1406 N. Astor Chicago, IL 60610 | - | | | | | | 5,058.00 | 0.00 / 5,058.00 |
| Account No. Marvin Herman 434 West Ontario Chicago, IL 60610 | - | | | | | X | 18,614.00 | 7,664.00 / 10,950.00 |
| Account No. Wujcik Construction 8322 N. Lincoln Ave Skokie, IL 60077 | - | | | | | | 10,848.00 | 0.00 / 10,848.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 7,664.00 |
| 34,520.00 | 26,856.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Payroll Taxes** | | | | | | |
| **Illinois Department of Revenue** **Bankruptcy Section Level 7-425** **100 W. Randolph St.** **Chicago, IL 60606** | - | | | | | | 2,845.49 | 0.00 | 2,845.49 |
| Account No. | | | **Sales Tax** | | | | | | |
| **Illinois Department of Revenue** **Bankruptcy Section Level 7-425** **100 W. Randolph St.** **Chicago, IL 60606** | - | | | | | | 7,670.34 | 0.00 | 7,670.34 |
| Account No. | | | **Payroll Taxes** | | | | | | |
| **IRS** **Centralized Insolvency Operations** **PO Box 21126** **Philadelphia, PA 19114** | - | | | | | | 229,217.90 | 0.00 | 229,217.90 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 239,733.73 | 239,733.73 |
| | Total | 10,690.13 | |
| | (Report on Summary of Schedules) | 344,570.18 | 333,880.05 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Nu-Trend Cabinet Company**                                      ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A-1 Sanitary Rag Company** <br> **3166 S. River Road, Suite 25** <br> **Des Plaines, IL 60018** | - | | | | | | 321.27 |
| Account No. <br><br> **Abet, Inc.** <br> **60 West Sheffield Ave.** <br> **Englewood, NJ 07631** | | | | | | | 98.89 |
| Account No. <br><br> **Ace Hardware** <br> **560 S. Roselle Road** <br> **Schaumburg, IL 60193** | - | | | | | | 113.37 |
| Account No. <br><br> **Acoustex Fabrics** <br> **99 South Bedford Street, Suite 106** <br> **Burlington, MA 01803** | - | | | | | | 28.40 |

___24___ continuation sheets attached

Subtotal
(Total of this page)     561.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:29834-081217   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nu-Trend Cabinet Company**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx5367** | | | | | | | | |
| Aetna Plywood, Inc. 1401 St. Charles Road Maywood, IL 60153 | - | | | | | | | 1,809.31 |
| Account No. | | | | | | | | |
| Affluent Living 1825 3 Sheena Drive Phoenix, AZ 85022 | - | | | | | | | 5,319.48 |
| Account No. **x0740** | | | | | | | | |
| All Tile Inc PO Box 809244 Chicago, IL 60680-9244 | - | | | | | | | 8,253.00 |
| Account No. | | | | | | | | |
| Allen Staple & Nail 5520 W. Toughy, Unit J Skokie, IL 60077 | - | | | | | | | 495.45 |
| Account No. | | | | | | | | |
| Alphagraphics 1580 River Road Des Plaines, IL 60018 | - | | | | | | | 216.47 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,093.71

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxxx-x1005** <br><br> **American Express** <br> **PO Box 0001** <br> **Los Angeles, CA 90056-0001** | - | | | | | | | 2,946.00 |
| Account No. <br><br> **American First Aid Services** <br> **784 Church Road** <br> **Elgin, IL 60123** | - | | | | | | | 110.66 |
| Account No. **xxxxxx1135** <br><br> **Amerigas** <br> **522 S. Vermont Street** <br> **Palatine, IL 60067-6948** | - | | | | | | | 607.02 |
| Account No. <br><br> **Arlington Coffee Services** <br> **1325 A Industrial Drive** <br> **Itasca, IL 60143** | - | | | | | | | 103.08 |
| Account No. **xxxxxxx xxxxx4633** <br><br> **AT&T Mobility #1** <br> **PO Box 6463** <br> **Carol Stream, IL 60197-6463** | - | | | | | | | 1,775.03 |

Sheet no. __2__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **5,541.79**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nu-Trend Cabinet Company**                              ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Avenue Metal Manufacturing 1640 W Ogden Ave Chicago, IL 60612-4127 | - | | | | | | | 5,217.88 |
| Account No. **x0679** | | | | | | | | |
| Baer Supply Co. 909 Forest Edge Drive Vernon Hills, IL 60061-3149 | - | | | | | | | 5,984.67 |
| Account No. **xxxxxxxxxxxx7590** | | | | | | | | |
| Bank of America Business Card PO Box 15710 Wilmington, DE 19886-5710 | - | | | | | | | 2,201.76 |
| Account No. **xxx9300** | | | | | | | | |
| Barron Paints 207 N Barron Blvd Grayslake, IL 60030 | - | | | | | | | 5,544.18 |
| Account No. | | | | | | | | |
| Bravo Finishes Inc. 2630  United Ln Elk Grove Village, IL 60007 | - | | | | | | | 5,150.00 |

Sheet no. __3___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **24,098.49**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nu-Trend Cabinet Company**         ,    Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brent Latta**<br>**1331 Cranbrook Circle**<br>**Aurora, IL 60502-1305** | - | | | **Unsecured loan** | | | | **50,000.00** |
| Account No.<br><br>**Brian Hall Inc**<br>**679 N Milwaukee Ave**<br>**Chicago, IL 60622** | - | | | | | | | **12,950.00** |
| Account No. **xxxx-xxx1472**<br><br>**Brightpages.com**<br>**PO Box 15132**<br>**Wilmington, DE 19850-5132** | - | | | | | | | **924.00** |
| Account No. **xxxx0 001**<br><br>**Brown CPA Group**<br>**666 Dundee Road, Suite 1603**<br>**Northbrook, IL 60062** | - | | | | | | | **4,904.69** |
| Account No.<br><br>**Brown Wood Products**<br>**7040 T N. Lawndale**<br>**Lincolnwood, IL 60712-2610** | - | | | | | | | **228.00** |

Sheet no. __4__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69,006.69**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nu-Trend Cabinet Company**                                    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| BryceDowney LLC 200 N LaSalle St, Ste. 2700 Chicago, IL 60601 | - | | | | | | | 15,313.21 |
| Account No. | | | | | | | | |
| Bull Sharpening Service Inc. 6332 W. Roosevelt Road Oak Park, IL 60304 | - | | | | | | | 1,399.86 |
| Account No. | | | | | | | | |
| Capital Hardware 860 N. 12th Street Niles, MI 49120 | - | | | | | | | 19.30 |
| Account No. xxxxxxxx0036 | | | | | | | | |
| Capital One PO Box 1366 Pittsburgh, PA 15230-1366 | - | | | | | | | 89,861.03 |
| Account No. x2403 | | | | | | | | |
| Cbeyond Communications 13474 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 1,632.25 |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          108,225.65

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nu-Trend Cabinet Company**                 ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx3718**<br><br>**Charter Industries**<br>**2255 29th Street SE**<br>**Grand Rapids, MI 49508** | - | | | | | | | 455.59 |
| Account No.<br><br>**Chicago Fire and Burglar Detection**<br>**636 Roosevelt Road**<br>**Glen Ellyn, IL 60137** | - | | | | | | | 150.00 |
| Account No.<br><br>**Chicago Suburban Lumber**<br>**7459 W. Franklin**<br>**Forest Park, IL 60130** | - | | | | | | | 100.00 |
| Account No. **xxx9300**<br><br>**Chicago Tempered Glass**<br>**2945 Mozart**<br>**Chicago, IL 60618** | - | | | | | | | 336.24 |
| Account No. **248**<br><br>**Chicagoland Finishing Materials Inc**<br>**2420 E Oakton St**<br>**Unit K**<br>**Arlington Heights, IL 60005** | - | | | | | | | 4,947.97 |

Sheet no. __6__ of __24__ sheets attached to Schedule of            Subtotal          **5,989.80**
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nu-Trend Cabinet Company**                                        ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue, PO Box 88292**<br>**Chicago, IL 60680-1292** | - | | | | **Parking Tickets** | | | | 100.00 |
| Account No. **xxxxxx1087**<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | - | | | | | | | | 1,437.22 |
| Account No.<br><br>**Custom Case Company**<br>**6045 S. Knox Avenue**<br>**Chicago, IL 60629** | - | | | | | | | | 1,045.00 |
| Account No. **xx8930**<br><br>**Daily Office Products**<br>**804 Eagle Drive**<br>**Bensenville, IL 60106** | - | | | | | | | | 1,945.99 |
| Account No.<br><br>**Dalmation Fire Equipment, LTD**<br>**531 Monroe Street**<br>**Dolton, IL 60419-1134** | - | | | | | | | | 251.52 |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,779.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nu-Trend Cabinet Company**                                    ,         Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DC Distributing 390 Abottstown Pike Abbottstown, PA 17301 | - | | | | | | | 151.18 |
| Account No. **nut** | | | | | | | | |
| Deakon Homes and Interiors DBA Troy Cabinet Manufacturing 16 Industrial Park Road Troy, NY 12180 | - | | | | | | | 846.00 |
| Account No. | | | | | | | | |
| Decorators Supply Company 3610-12 South Morgan Street Chicago, IL 60609 | - | | | | | | | 529.73 |
| Account No. | | | | | | | | |
| Door Concepts of Illinois 14335 South Van Dyke Road Unit 101 Plainfield, IL 60544 | - | | | | | | | 5,202.03 |
| Account No. | | | | | | | | |
| Dunnwell Packaging LLC 2483 E. Devon Avenue Elk Grove Village, IL 60007 | - | | | | | | | 172.14 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,901.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nu-Trend Cabinet Company**                                ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**European Mirror and Glass** <br>**3054 N. California Avenue** <br>**Chicago, IL 60618** | - | | | | | | 600.00 |
| Account No. **xxxxxxxxxxxx8280** <br><br>**Exxon Mobile** <br>**PO Box 688938** <br>**Des Moines, IA 50368-8938** | - | | | | | | 5,596.31 |
| Account No. **xxxx0671** <br><br>**FedEx** <br>**4103 Collection Center Drive** <br>**Chicago, IL 60693** | - | | | | | | 440.04 |
| Account No. <br><br>**FH Premier Plywood** <br>**1370 Gateway Drive** <br>**Elgin, IL 60123** | - | | | | | | 2,089.56 |
| Account No. <br><br>**Finch and Barry Properties** <br>**1305 Wiley Road** <br>**Schaumburg, IL 60173** | - | | unpaid rent | | | | 6,776.43 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,502.34

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nu-Trend Cabinet Company**                                                    ,        Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Fluid-Aire Dynamics, Inc.** <br> **3500 Martens Street** <br> **Franklin Park, IL 60131** | - | | | | | | | | 646.58 |
| Account No. <br><br> **Glassworks Inc.** <br> **1814 Pickwick Ave.** <br> **Glenview, IL 60026** | - | | | | | | | | 890.00 |
| Account No. **xxxxx3437** <br><br> **Grainger** <br> **1545 W. Fullerton** <br> **Addison, IL 60101** | - | | | | | | | | 137.18 |
| Account No. <br><br> **Great America Leasing** <br> **625 First Street S.E. Suite 800** <br> **Cedar Rapids, IA 52401** | - | | | | | | | | 503.52 |
| Account No. **x5920** <br><br> **Hafele America** <br> **PO Box 75352** <br> **Charlotte, NC 28275** | - | | | | | | | | 1,161.83 |

Sheet no. __**10**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,339.11

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nu-Trend Cabinet Company**                                   ,          Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5380** | | | | | | | | |
| Hardware Distributors, Ltd. Wholesale Cabinet Hardware 5 Industrial Blvd. Sauk Rapids, MN 56379 | - | | | | | | | 3,853.96 |
| Account No. **NUT847** | | | | | | | | |
| Hardware Resources PO Box 676668 Dallas, TX 75267-6668 | - | | | | | | | 1,568.56 |
| Account No. **nut9300** | | | | | | | | |
| Hardwood Specialty Products US LP 4221 Wyland Drive Elkhart, IN 46516 | - | | | | | | | 3,850.53 |
| Account No. **xxxxxxxxxxx7950** | | | | | | | | |
| Home Depot Credit Services Dept. 32 - 2003977950 PO Box 6029 The Lakes, NV 88901-6029 | - | | | | | | | 2,320.28 |
| Account No. | | | | | | | | |
| i4Design 1029 W 35th St, Suite 14B Chicago, IL 60609 | - | | | | | | | 5,700.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,293.33**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nu-Trend Cabinet Company__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx5903** | | | | | | | | |
| Ideac Media LLC Attn: Acct. Receivables Dept. PO Box 619009 Dallas, TX 75261-2727 | - | | | | | | | 546.02 |
| Account No. | | | | | | | | |
| Illinois Office of the State Fire Marshal JRTC, 100 W. Randolph Chicago, IL 60601 | - | | | | | | | 190.00 |
| Account No. | | | | | | | | |
| Illinois Tollway P.O.Box 5201 Lisle, IL 60532-5201 | - | | | | | | | 2,265.00 |
| Account No. | | | | | | | | |
| IM Electric 2227 Arcadia Court Aurora, IL 60503 | - | | | | | | | 150.00 |
| Account No. **x8796** | | | | | | | | |
| Jaeckle Distributors, Inc. 4101 Owl Creek Drive Madison, WI 53718-4021 | - | | | | | | | 4,688.74 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,839.76

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** _____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxxxxxxxxxxx0000** | | | | | | | | |
| **Jaguar Credit Department #193901 PO Box 55000 Detroit, MI 48255-1939** | - | | | | | | | 15,993.41 |
| Account No. | | | | | | | | |
| **JC Embroidery 406 Industrial Drive Bensenville, IL 60106** | - | | | | | | | 1,319.54 |
| Account No. | | | | | | | | |
| **Kent Kartage Inc. 1129 Beachcomber Drive Schaumburg, IL 60193** | - | | | | | | | 1,953.75 |
| Account No. | | | | | | | | |
| **Kevin Mack 102 E. Kenilworth Avenue Prospect Heights, IL 60070-1315** | - | | | | | | | 58,476.74 |
| Account No. | | | | Unsecured loan | | | | |
| **Kirk Kroft 134 Cutter Lane Barrington, IL 60010-1550** | - | | | | | | | 25,664.20 |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **103,407.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nu-Trend Cabinet Company**                                  ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2924** <br><br> **Klingspor Abrasives** <br> **PO Box 2367** <br> **Hickory, NC 28603-2367** | - | | | | | | 1,118.31 |
| Account No. <br><br> **KROL Woodworking Inc.** <br> **759 Factory Road** <br> **Addison, IL 60101** | - | | | | | | 3,800.00 |
| Account No. <br><br> **Leggett & Platt Store Fixtures Grp.** <br> **c/o L&P Financial Services Co.** <br> **PO Box 952092** <br> **Saint Louis, MO 63195-2092** | - | | | | | | 277.83 |
| Account No. <br><br> **Macke Water Systems** <br> **PO Box 545** <br> **Wheeling, IL 60090-0545** | - | | | | | | 314.55 |
| Account No. <br><br> **Marlin Leasing** <br> **PO Box 13604** <br> **Philadelphia, PA 19101-3604** | - | | | | | | 118.26 |

Sheet no. __**14**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,628.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nu-Trend Cabinet Company**           ,      Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7700** | | | | | | | | |
| McMaster Carr Supply PO Box 7690 Chicago, IL 60680-7690 | - | | | | | | | 881.25 |
| Account No. **TSxxxxxxxx 0001** | | | | | | | | |
| Met Life PO Box 804466 Kansas City, MO 64180-4466 | - | | | | | | | 9,448.18 |
| Account No. **x9401** | | | | | | | | |
| Metal Creations 2444 North Pulaski Rd. Chicago, IL 60639-2114 | - | | | | | | | 1,392.50 |
| Account No. | | | | | | | | |
| Midwest Saw Inc. 1580 Meadowview Crossing Unit #4 West Chicago, IL 60185 | - | | | | | | | 702.05 |
| Account No. | | | | | | | | |
| Miller's Landscaping & Snow Plowing 715 Center Street Elk Grove Village, IL 60007 | - | | | | | | | 100.00 |

Sheet no. __**15**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **12,523.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nu-Trend Cabinet Company**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Monarch Construction 117 South Lively Boulevard Elk Grove Village, IL 60007 | - | | | | | | | 9,800.00 |
| Account No. | | | | | | | | |
| MTS Servicing Inc. 1246 W. Pratt Blvd. #1201 Chicago, IL 60626 | - | | | | | | | 409.78 |
| Account No. | | | | | | | | |
| National Casein 601 West 80th Street Chicago, IL 60620-2502 | - | | | | | | | 428.46 |
| Account No. | | | | | | | | |
| Nature's Way Landscape PO Box 892 Elk Grove Village, IL 60009 | - | | | | | | | 147.00 |
| Account No. **xx-xx-xx-x000 9** | | | | | | | | |
| Nicor PO Box 416 Aurora, IL 60568-0001 | - | | | | | | | 7,183.06 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,968.30

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nu-Trend Cabinet Company**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxxx7408** | | | | | | | | | |
| **Office Max** **HSBC Business Solutions** **PO Box 5239** **Carol Stream, IL 60197-5239** | - | | | | | | | | 771.69 |
| Account No. | | | | | | | | | |
| **Omnitech Systems, Inc.** **8100-A Arrowridge Blvd.** **Charlotte, NC 28273** | - | | | | | | | | 634.90 |
| Account No. | | | | | | | | | |
| **Outwater Plastics, Inc.** **24 River Road** **Bogota, NJ 07603** | - | | | | | | | | 1,432.50 |
| Account No. | | | | | | | | | |
| **PAI** **P.O. Box 60** **De Pere, WI 54115-2795** | - | | | | | | | | 300.00 |
| Account No. | | | | | | | | | |
| **Peter Meier** **1255 South Park Drive** **Kernersville, NC 27284** | - | | | | | | | | 178.00 |

Sheet no. __**17**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,317.09**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nu-Trend Cabinet Company_____,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Plum Grove Printers 2160 Stonington Avenue Hoffman Estates, IL 60169 | - | | | | | | | 189.28 |
| Account No. | | | | | | | | |
| Pro 4 Doors, Inc. 740 West 138th Street Riverdale, IL 60827-1665 | - | | | | | | | 30.00 |
| Account No. | | | | | | | | |
| Psarros Consulting, Inc. PO Box 132 Palos Park, IL 60464 | - | | | | | | | 922.27 |
| Account No. | | | | | | | | |
| Quill Corporation PO Box 37600 Philadelphia, PA 19101-0600 | - | | | | | | | 53.03 |
| Account No. | | | | | | | | |
| R&L Carriers PO Box 713153 Columbus, OH 43271-3153 | - | | | | | | | 1,255.40 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,449.98

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nu-Trend Cabinet Company**                                                  Case No. _____
                                              ,
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **R.S. Bacon Veneer** 6951 High Grove Blvd. Burr Ridge, IL 60527 | - | | | | | | | 4,800.00 |
| Account No. **N060W** **Rayner & Rinn-Scott** PO Box 362 Summit Argo, IL 60501 | - | | | | | | | 27,652.06 |
| Account No. **NUTREN** **Reliable Products, Inc.** 1330 Louis Avenue Elk Grove Village, IL 60007 | - | | | | | | | 196.81 |
| Account No. **Richelieu-Detroit** 7021 Sterling Ponds Ct Sterling Heights, MI 48312 | - | | | | | | | 696.78 |
| Account No. **Roger Kuhn** 26w194 Prestwick Winfield, IL 60190 | - | | | Unsecured loan | | | | 209,770.10 |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    243,115.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nu-Trend Cabinet Company** ,      Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Same Day Pick-Up & Delivery Service** <br> **PO Box 142** <br> **Elmhurst, IL 60126** | - | | | | | | | | 489.00 |
| Account No. <br><br> **Service Master** <br> **1270 Jarvis Ave** <br> **Elk Grove Village, IL 60007** | - | | | | | | | | 150.00 |
| Account No. **xxxx-x216-3** <br><br> **Sherwin Williams** <br> **725 Nicholas Blvd.** <br> **Elk Grove Village, IL 60007** | - | | | | | | | | 1,910.95 |
| Account No. <br><br> **Sherwin Williams - Countryside** <br> **5111 Dansher Road** <br> **La Grange, IL 60525** | - | | | | | | | | 798.98 |
| Account No. **nutcab01** <br><br> **Sierra Forest Products** <br> **1700 Downs Drive** <br> **West Chicago, IL 60185** | - | | | | | | | | 1,831.46 |

Sheet no. __20__ of __24__ sheets attached to Schedule of      Subtotal    5,180.39
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nu-Trend Cabinet Company**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Spee-Dee Delivery Service, Inc. PO Box 1417 Saint Cloud, MN 56302-1417 | - | | | | | | | | 37.20 |
| Account No. | | | | | | | | | |
| Stamps.com 12959 Coral Tree Place Los Angeles, CA 90066-7020 | - | | | | | | | | 37.20 |
| Account No. | | | | | | | | | |
| Star Moulding & Trim 6606 W. 74th Street Bedford Park, IL 60638 | - | | | | | | | | 114.60 |
| Account No. | | | | | | | | | |
| Stone Shop, Inc 2435 Brickvale Dr Elk Grove Village, IL 60007 | - | | | | | | | | 48,000.00 |
| Account No. | | | | | | | | | |
| Superior Bumpers 920 N. Ridge Avenue Unit C3 Lombard, IL 60148 | - | | | | | | | | 84.85 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **48,273.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nu-Trend Cabinet Company**                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Superior Veneer** **1819 Dewey St** **New Albany, IN 47150** | | | | | | | **15,369.00** |
| Account No. **2803** | | - | | | | | |
| **TCCM of Illinois** **391 Kent Avenue** **Elk Grove Village, IL 60007** | | | | | | | **1,370.47** |
| Account No. **NUT210** | | - | | | | | |
| **The October Company** **Box 71** **51 Ferry Street** **Easthampton, MA 01027** | | | | | | | **213.41** |
| Account No. | | - | | | | | |
| **Total Tooling Technology, Inc.** **1475 Elmhurst Road** **Elk Grove Village, IL 60007** | | | | | | | **162.80** |
| Account No. **xxxx7689** | | - | | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132-0577** | | | | | | | **67.57** |

Sheet no. __**22**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,183.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nu-Trend Cabinet Company** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. US Post Office- Express Mail Arlington Heights Post Office 909 W. Euclid Avenue Arlington Heights, IL 60004-9998 | - | | | | | | | 100.00 |
| Account No. **xxxx0-685** Village of Bensenville 12 S. Center St. Bensenville, IL 60106 | - | | | | | | | 88.76 |
| Account No. **xxxxx0-685** Village of Elk Grove 901 Wellington Ave. Elk Grove Village, IL 60007-3499 | - | | | | | | | 208.26 |
| Account No. **xxx3025** Vistage Wordwide, Inc. File 57158 Los Angeles, CA 90074-7158 | - | | | | | | | 2,190.00 |
| Account No. Waste Management PO Box 4648 Carol Stream, IL 60197-4648 | - | | | | | | | 153.53 |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,740.55**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nu-Trend Cabinet Company** ,                         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Witmer Wood Products, LLC 540 N. Industrial Park Road Berlin, WI 54923 | - | | | | | | | 384.75 |
| Account No. | | | | | | | | |
| Woodshire 603 W Diggins Harvard, IL 60033 | - | | | | | | | 26,600.14 |
| Account No. | | | | | | | | |
| Yale Equipment 9770 Farragut Street Des Plaines, IL 60018 | - | | | | | | | 532.88 |
| Account No. | | | | | | | | |
| Yellow Pages PO Box 3505 New York, NY 10008 | - | | | | | | | 231.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 27,748.77 |
| Total (Report on Summary of Schedules) | 774,711.91 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Nu-Trend Cabinet Company**

Case No.

Debtor(s)                                Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 12, 2009**                              Signature    **/s/ Roger Kuhn**

**Roger Kuhn**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Nu-Trend Cabinet Company**                                              Case No. _____

                                                    Debtor(s)                    Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................. $ _____**7,000.00**

    Prior to the filing of this statement I have received..................................... $ _____**0.00**

    Balance Due................................................................................ $ _____**7,000.00**

2. $ __**299.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 12, 2009**                          **/s/ Forrest L. Ingram**
                                                 **Forrest L. Ingram 3129032**
                                               **Forrest L. Ingram, P.C.**
                                               **79 W. Monroe St., Suite 900**
                                               **Chicago, IL 60603**
                                               **(312) 759-2838   Fax: (312) 759-0298**
                                               **foringpc@aol.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Nu-Trend Cabinet Company**

Debtor(s)

Case No. _____

Chapter  **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **163**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 12, 2009**

**/s/ Roger Kuhn**

**Roger Kuhn**/**President**

Signer/Title

A-1 Sanitary Rag Company
3166 S. River Road, Suite 25
Des Plaines, IL 60018


Aaron J. Leary
4916 Hampshire Lane
Mchenry, IL 60050


Abet, Inc.
60 West Sheffield Ave.
Englewood, NJ 07631


Ace Hardware
560 S. Roselle Road
Schaumburg, IL 60193


Acoustex Fabrics
99 South Bedford Street, Suite 106
Burlington, MA 01803


Aetna Plywood, Inc.
1401 St. Charles Road
Maywood, IL 60153


Affluent Living
1825 3 Sheena Drive
Phoenix, AZ 85022


All Tile Inc
PO Box 809244
Chicago, IL 60680-9244


Allen Staple & Nail
5520 W. Toughy, Unit J
Skokie, IL 60077


Alphagraphics
1580 River Road
Des Plaines, IL 60018


American Express
PO Box 0001
Los Angeles, CA 90056-0001

American First Aid Services
784 Church Road
Elgin, IL 60123


Amerigas
522 S. Vermont Street
Palatine, IL 60067-6948


Arlington Coffee Services
1325 A Industrial Drive
Itasca, IL 60143


AT&T Mobility #1
PO Box 6463
Carol Stream, IL 60197-6463


Avenue Metal Manufacturing
1640 W Ogden Ave
Chicago, IL 60612-4127


Baer Supply Co.
909 Forest Edge Drive
Vernon Hills, IL 60061-3149


Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710


Barron Paints
207 N Barron Blvd
Grayslake, IL 60030


Bravo Finishes Inc.
2630 United Ln
Elk Grove Village, IL 60007


Brent Latta
1331 Cranbrook Circle
Aurora, IL 60502-1305


Brian Hall Inc
679 N Milwaukee Ave
Chicago, IL 60622

Brightpages.com
PO Box 15132
Wilmington, DE 19850-5132


Brown CPA Group
666 Dundee Road, Suite 1603
Northbrook, IL 60062


Brown Wood Products
7040 T N. Lawndale
Lincolnwood, IL 60712-2610


BryceDowney LLC
200 N LaSalle St, Ste. 2700
Chicago, IL 60601


Bull Sharpening Service Inc.
6332 W. Roosevelt Road
Oak Park, IL 60304


Capital Hardware
860 N. 12th Street
Niles, MI 49120


Capital One
PO Box 1366
Pittsburgh, PA 15230-1366


Cbeyond Communications
13474 Collections Center Drive
Chicago, IL 60693


Charter Industries
2255 29th Street SE
Grand Rapids, MI 49508


Chicago Fire and Burglar Detection
636 Roosevelt Road
Glen Ellyn, IL 60137


Chicago Suburban Lumber
7459 W. Franklin
Forest Park, IL 60130

Chicago Tempered Glass
2945 Mozart
Chicago, IL 60618


Chicagoland Finishing Materials Inc
2420 E Oakton St
Unit K
Arlington Heights, IL 60005


Christine Stewart
832 Ruskin Court
Schaumburg, IL 60193


City of Chicago
Department of Revenue, PO Box 88292
Chicago, IL 60680-1292


Cletus O. Reeder
W1468 Eastwood
PO # 1010
Pell Lake, WI 53157


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Custom Case Company
6045 S. Knox Avenue
Chicago, IL 60629


Daily Office Products
804 Eagle Drive
Bensenville, IL 60106


Dalmation Fire Equipment, LTD
531 Monroe Street
Dolton, IL 60419-1134


Darin R. Norberg
1613 Knoll Avenue
Mchenry, IL 60050


David A. Hornor
776 Bayberry Drive
Bartlett, IL 60103

David Bueno Mendoza
2120 Goebert Road, Apt. 206
Arlington Heights, IL 60004


DC Distributing
390 Abottstown Pike
Abbottstown, PA 17301


Deakon Homes and Interiors
DBA Troy Cabinet Manufacturing
16 Industrial Park Road
Troy, NY 12180


Deborah C. Carata
135 Autumn Court
Buffalo Grove, IL 60089


Decorators Supply Company
3610-12 South Morgan Street
Chicago, IL 60609


Door Concepts of Illinois
14335 South Van Dyke Road
Unit 101
Plainfield, IL 60544


Dunnwell Packaging LLC
2483 E. Devon Avenue
Elk Grove Village, IL 60007


Environmental Design
1406 N. Astor
Chicago, IL 60610


Eugene E. Miehlke
56 N. Autumn Glen Drive
Apt. 204
Harvard, IL 60033


European Mirror and Glass
3054 N. California Avenue
Chicago, IL 60618

Exxon Mobile
PO Box 688938
Des Moines, IA 50368-8938


FedEx
4103 Collection Center Drive
Chicago, IL 60693


FH Premier Plywood
1370 Gateway Drive
Elgin, IL 60123


Fifth Third Bank
PO Box 630337
Cincinnati, OH 45263-0337


Finch and Barry Properties
1305 Wiley Road
Schaumburg, IL 60173


Fluid-Aire Dynamics, Inc.
3500 Martens Street
Franklin Park, IL 60131


Gerald R. Ditzenberger Jr.
1427 North Avenue
Round Lake, IL 60073


Glassworks Inc.
1814 Pickwick Ave.
Glenview, IL 60026


Grainger
1545 W. Fullerton
Addison, IL 60101


Great America Leasing
625 First Street S.E. Suite 800
Cedar Rapids, IA 52401


Gregg R. Kochanski
108 Harding Avenue
Fox River Grove, IL 60021

Grzegorz M. Ogiba
2001 East Hopi Lane
Mount Prospect, IL 60056


Hafele America
PO Box 75352
Charlotte, NC 28275


Hardware Distributors, Ltd.
Wholesale Cabinet Hardware
5 Industrial Blvd.
Sauk Rapids, MN 56379


Hardware Resources
PO Box 676668
Dallas, TX 75267-6668


Hardwood Specialty Products US LP
4221 Wyland Drive
Elkhart, IN 46516


Home Depot Credit Services
Dept. 32 - 2003977950
PO Box 6029
The Lakes, NV 88901-6029


i4Design
1029 W 35th St, Suite 14B
Chicago, IL 60609


Ideac Media LLC
Attn: Acct. Receivables Dept.
PO Box 619009
Dallas, TX 75261-2727


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606


Illinois Office of the State Fire
Marshal
JRTC, 100 W. Randolph
Chicago, IL 60601

Illinois Tollway
P.O.Box 5201
Lisle, IL 60532-5201


IM Electric
2227 Arcadia Court
Aurora, IL 60503


IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Jaeckle Distributors, Inc.
4101 Owl Creek Drive
Madison, WI 53718-4021


Jaguar Credit
Department #193901
PO Box 55000
Detroit, MI 48255-1939


JC Embroidery
406 Industrial Drive
Bensenville, IL 60106


Jennifer A Toreja
202 Grace Street
Elmhurst, IL 60126


Jerzy S. Sawicki
6805 W. Montrose Ave
Harwood Heights, IL 60706


Jose D. Amaya
584 Fairway View Drive
Apt. 21
Wheeling, IL 60090


Jose L. Cortes
315 East Seegers
Apt. 101
Arlington Heights, IL 60005

Joseph M. Grover
202 Alpine Drive
Lake Zurich, IL 60047


Joseph Mientus
4900 N. Marine Drive, Apt. 407
Chicago, IL 60640


Juan C. Alba
1273 N. Winslowe Drive
Unit 303
Palatine, IL 60074


Julio C. Alba
1273 Winslowe Drive #303
Palatine, IL 60074


Kazimierz Poreba
9811 W Lawrence
Schiller Park, IL 60176


Kent Kartage Inc.
1129 Beachcomber Drive
Schaumburg, IL 60193


Kevin Mack
102 E. Kenilworth Avenue
Prospect Heights, IL 60070-1315


Kirk Kroft
134 Cutter Lane
Barrington, IL 60010-1550


Klingspor Abrasives
PO Box 2367
Hickory, NC 28603-2367


KROL Woodworking Inc.
759 Factory Road
Addison, IL 60101


Leggett & Platt Store Fixtures Grp.
c/o L&P Financial Services Co.
PO Box 952092
Saint Louis, MO 63195-2092

Leoncio Maldonado
965 Beaver Pond Marengo
Marengo, IL 60152


Macke Water Systems
PO Box 545
Wheeling, IL 60090-0545


Mark A Johnson
4031 Lakeside Drive
Hanover Park, IL 60133


Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604


Marvin Herman
434 West Ontario
Chicago, IL 60610


Matthew A. Johnson
42540 N. Woodbine Avenue
Antioch, IL 60002


McMaster Carr Supply
PO Box 7690
Chicago, IL 60680-7690


Met Life
PO Box 804466
Kansas City, MO 64180-4466


Metal Creations
2444 North Pulaski Rd.
Chicago, IL 60639-2114


Michael A. Leary
4916 Hampshire Lane
Mchenry, IL 60050


Michael M. Soja
6305 W. Gunninson
Chicago, IL 60630

Michael S. Leary
4916 Hampshire Lane
Mchenry, IL 60050


Midwest Saw Inc.
1580 Meadowview Crossing
Unit #4
West Chicago, IL 60185


Miller's Landscaping & Snow Plowing
715 Center Street
Elk Grove Village, IL 60007


Monarch Construction
117 South Lively Boulevard
Elk Grove Village, IL 60007


MTS Servicing Inc.
1246 W. Pratt Blvd. #1201
Chicago, IL 60626


National Casein
601 West 80th Street
Chicago, IL 60620-2502


Nature's Way Landscape
PO Box 892
Elk Grove Village, IL 60009


Nicor
PO Box 416
Aurora, IL 60568-0001


Office Max
HSBC Business Solutions
PO Box 5239
Carol Stream, IL 60197-5239


Omnitech Systems, Inc.
8100-A Arrowridge Blvd.
Charlotte, NC 28273


Outwater Plastics, Inc.
24 River Road
Bogota, NJ 07603

```
PAI
P.O. Box 60
De Pere, WI 54115-2795


Peter Meier
1255 South Park Drive
Kernersville, NC 27284


Plum Grove Printers
2160 Stonington Avenue
Hoffman Estates, IL 60169


Pro 4 Doors, Inc.
740 West 138th Street
Riverdale, IL 60827-1665


Psarros Consulting, Inc.
PO Box 132
Palos Park, IL 60464


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


R&L Carriers
PO Box 713153
Columbus, OH 43271-3153


R.S. Bacon Veneer
6951 High Grove Blvd.
Burr Ridge, IL 60527


Rayner & Rinn-Scott
PO Box 362
Summit Argo, IL 60501


Reliable Products, Inc.
1330 Louis Avenue
Elk Grove Village, IL 60007


Richard J. Doose
25164 Academy Court
Lake Villa, IL 60046
```

Richard P. Barker
2703 N. Kinnicott
Arlington Heights, IL 60004


Richelieu-Detroit
7021 Sterling Ponds Ct
Sterling Heights, MI 48312


Roger Kuhn
26w194 Prestwick
Winfield, IL 60190


Ronald W. Schuler
705 Vertin Blvd.
Shorewood, IL 60404


Russell T. Niedrich
24444 Aztec Drive
Lake Villa, IL 60046


Same Day Pick-Up & Delivery Service
PO Box 142
Elmhurst, IL 60126


Service Master
1270 Jarvis Ave
Elk Grove Village, IL 60007


Sherwin Williams
725 Nicholas Blvd.
Elk Grove Village, IL 60007


Sherwin Williams - Countryside
5111 Dansher Road
La Grange, IL 60525


Sierra Forest Products
1700 Downs Drive
West Chicago, IL 60185


Spee-Dee Delivery Service, Inc.
PO Box 1417
Saint Cloud, MN 56302-1417

Stamps.com
12959 Coral Tree Place
Los Angeles, CA 90066-7020


Stanislaw Rzezinowski
435 Lear Ct
Schaumburg, IL 60194


Star Moulding & Trim
6606 W. 74th Street
Bedford Park, IL 60638


Steven A. Kirchen
222 Oakwood Lane
Bloomingdale, IL 60108


Stone Shop, Inc
2435 Brickvale Dr
Elk Grove Village, IL 60007


Superior Bumpers
920 N. Ridge Avenue
Unit C3
Lombard, IL 60148


Superior Veneer
1819 Dewey St
New Albany, IN 47150


TCCM of Illinois
391 Kent Avenue
Elk Grove Village, IL 60007


The October Company
Box 71
51 Ferry Street
Easthampton, MA 01027


Tim Schmidt
821 South 11th Ave
Saint Charles, IL 60174


Total Tooling Technology, Inc.
1475 Elmhurst Road
Elk Grove Village, IL 60007

UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Post Office- Express Mail
Arlington Heights Post Office
909 W. Euclid Avenue
Arlington Heights, IL 60004-9998


Village of Bensenville
12 S. Center St.
Bensenville, IL 60106


Village of Elk Grove
901 Wellington Ave.
Elk Grove Village, IL 60007-3499


Vistage Wordwide, Inc.
File 57158
Los Angeles, CA 90074-7158


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Witmer Wood Products, LLC
540 N. Industrial Park Road
Berlin, WI 54923


Wojciech Niemiec
1428 South Chestnut Drive
Mount Prospect, IL 60056


Woodshire
603 W Diggins
Harvard, IL 60033


Wujcik Construction
8322 N. Lincoln Ave
Skokie, IL 60077


Yale Equipment
9770 Farragut Street
Des Plaines, IL 60018

```
Yellow Pages
PO Box 3505
New York, NY 10008
```